# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria

In re

SCOTT W. ELKINS

Case No. 10-17234-SSM

Chapter 7

Debtor(s)

## REPORT OF DEPOSIT OF SMALL DIVIDENDS

Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. §347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| AMERICAN INFOSOURCE LP AS AGENT FOR TARGET<br>PO BOX 248866<br>OKLAHOMA CITY, OK 73124-8866 | $3.67 |

Dated:   September 2, 2011

/s/ GORDON P. PEYTON  
GORDON P. PEYTON, Trustee  
P.O. BOX 25456  
ALEXANDRIA VA 22313-5456  
(703) 684-2000

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Report of Deposit of Small Dividends was electronically served or mailed to Office of the U.S. Trustee this 2nd day of September, 2011.

/s/Gordon P. Peyton  
Gordon P. Peyton